UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ROMO, JONATHAN MACIAS and CLAUDIA GARCIA,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>GMRI, INC., d/b/a Olive Garden, et al.,<br><br>　　　　　Defendants. | NO. EDCV-12-00715-JLQ-(SPx)<br><br>**PROTECTIVE ORDER** |

　　The court, having reviewed the Parties' Joint Stipulation re Disclosure of Contact Information and Stipulated Protective Order (ECF No. 40), and GOOD CAUSE APPEARING THEREFOR, HEREBY ORDERS that this Protective Order is hereby entered, incorporating by reference the Terms of the Stipulation (beginning with "Definitions and Designation") and Attachments (A and B), and approved by the Court for use in the above-captioned case.

　　DATED this 30th day of October, 2012.

　　　　　　　　**s/ Justin L. Quackenbush**
　　　　　　　　**JUSTIN L. QUACKENBUSH**
　　　　　　　**SENIOR UNITED STATES DISTRICT JUDGE**

ORDER - 1