UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ROMO, JONATHAN MACIAS, and CLAUDIA GARCIA, individually and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act,<br><br>Plaintiffs,<br><br>v.<br><br>GMRI, INC. d/b/a Olive Garden, a Florida Corporation, DARDEN RESTAURANTS, INC., a Florida corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | NO. 12-CV-00715-JLQ-SP<br><br>ORDER RE: PLAINTIFFS' REQUEST FOR VOLUNTARY DISMISSAL WITH PREJUDICE, DIRECTING ENTRY OF JUDGMENT, AND CLOSING FILE |

On September 14, 2017, the Plaintiffs in this matter filed a Request for Voluntary Dismissal (ECF No. 200) seeking dismissal of this matter with prejudice pursuant to the Global Settlement Agreement approved in the Riverside County Superior Court on January 10, 2017.

This court has previously expressed its concerns regarding the terms of the settlement of this matter. The parties have submitted records in response. Notwithstanding the court's concerns, which remain, the court will allow dismissal of this matter.

**IT IS HEREBY ORDERED:**

ORDER - 1

The Clerk is directed to enter Judgment dismissing the First Amended Class Action Complaint (ECF No. 30) and the claims therein **WITH PREJUDICE** and without costs or attorneys' fees to any party.

**IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order and Judgment, furnish copies to counsel, and close this file.

Dated September 18, 2017.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2